USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Trustees of the Teamsters Local 456,

        Plaintiff(s),                  07 Civ. 9552 (KMK)(GAY)

-against-

Carmody Concrete Corp.,              CALENDAR NOTICE

        Defendant(s).

-----------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

___ Pre-trial Conference    ___ Status Conference    ___ Oral argument
___ Settlement conference   ___ Plea Hearing        ___ Suppression hearing
✓ Rule (16) conference     ___ Final pre-trial conference
___ Telephone Conference   ___ Jury Selection and Trial
___ Non-Jury Trial          ___ Inquest

**before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, May 28, 2008 at 12:15 p.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: April 16, 2008
       White Plains, New York

                                          So Ordered

                                          Kenneth M. Karas, U.S.D.J