## CERTIFICATE OF SERVICE

STATE OF NEW YORK          )
                                        ss.:
COUNTY OF WESTCHESTER)

I, Resa Bernardini, being duly sworn, deposes and says:

I am not a party to the within action, am over the age of 18 years and reside in Westchester County, New York. That on May 2, 2008, I served a true copy of the default judgment with supporting papers by mailing a true copy of same enclosed in a post-paid wrapper in an official depository by First Class Mail under the exclusive care and custody of the United States Postal Service within New York State, addressed as follows:

> CARMODY CONCRETE CORP.
> 9 SOUTH COURT
> WAPPINGER FALLS, NY 12590

Resa Bernardini, Paralegal

Sworn to before me this
20th day of May, 2008.

Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010