UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, | ) ) ) ) ) | Index # 07-CIV-9552 (KMK) |
| Plaintiffs, | ) ) | **CLERK'S CERTIFICATE** |
| -against- | ) ) ) | |
| CARMODY CONCRETE CORP., | ) ) | |
| Defendant. | ) ) | |

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that this action was commenced on October 25, 2007 with the filing of the Summons and Complaint. The summons and complaint were served upon the Employer on November 1, 2007 via New York's Secretary of State and proof of such service thereof was filed on November 14, 2007.

I further certify that docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: White Plains, New York
          , 2008

                                        J. MICHAEL MCMAHON
                                        Clerk of the Court


                                        By: _____
                                                Deputy Clerk