UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,<br><br>                                Plaintiffs,<br><br>      -against-<br><br>CARMODY CONCRETE CORP.,<br><br>                                Defendant. | Index # 07-CIV-9552 (KMK)<br><br>**STATEMENT OF DAMAGES** |

Principal Amount Due .................................................................$30,090.00
for the period 1/05-12/05

Interest calculated at (10%) per annum for each delinquent month
through to May, 2008..................................................................$ 7,498.07

Liquidated damages calculated at 10% of the ERISA Benefit Funds.........$ 3,009.00

Attorney's Fees pursuant to the
Collective Bargaining Agreement..................................................$ 3,200.00

Court Costs & Disbursements:

        Filing Fees (Index)...............................................................  $   350.00
        Process Server Fee...............................................................  $     80.00


        **GRAND TOTAL:**..................................................................  $44,227.07