UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,<br><br>         Plaintiffs,<br><br> -against-<br><br>CARMODY CONCRETE CORP.,<br><br>         Defendant. | Index # 07-CIV-9552 (KMK)<br><br>**DEFAULT JUDGMENT** |

   This action having been commenced on October 25, 2007 with the filing of the summons and complaint and the summons and complaint were served upon the Employer on November 1, 2007 via New York's Secretary of State and proof of such service thereof was filed on November 14, 2007and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant in the liquidated amount of Forty Four Thousand Two Hundred Twenty Seven Dollars and Seven Cents ($44,227.07) which includes the following: Benefit Fund Contributions due and owing in the sum of $30,090.00 for the period 1/05-12/05; $7,498.07 in interest calculated at ten percent (10%) per annum for each delinquent month through May, 2008; $3,009.00 in liquidated damages calculated at 10% of the unpaid principal due; reasonable attorneys' fees in the amount of $3,200.00, court costs and disbursements in the amount of $430.00.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
        Jun 27     , 2008

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.